UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARC AARON MAINVILLE,**

    **Plaintiff,**

**v.**                                                      **Case No: 6:18-cv-482-Orl-41LRH**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), which seeks judicial review of the Commissioner of the Social Security Administration's ("Commissioner") decision denying adult child disability insurance benefits to Plaintiff. United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 17), recommending that the decision of the Commissioner be affirmed. No objections have been filed, and the time to do so has passed.

After a *de novo* review of the record in this matter, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision in this case is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner and against Plaintiff and close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2019.



Copies furnished to:

Counsel of Record